

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00814-CV

Terry **GRANGER**,
Appellant

v.

**THE TRAVELERS HOME AND MARINE INSURANCE CO.**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2014CV03227
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. We ORDER that Appellee The Travelers Home and Marine Insurance Company recover its costs of court for this appeal from Appellant Terry Granger.

SIGNED December 12, 2018.

_____
Patricia O. Alvarez, Justice